IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MR. RONALD BEST,**  Petitioner, | **CIVIL ACTION** |
| v. | |
| **J.A. ECKER, Superintendent S.C.I. Huntingdon, and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA,**  Respondents. | **NO. 15-2361** |

## O R D E R

**AND NOW**, this 10th day of August, 2016, upon consideration of Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus filed by *pro se* petitioner, Mr. Ronald Best, the record in this case, and the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski dated June 17, 2016, no objections having been filed notwithstanding the passing of the time for filing objections, and good cause appearing, **IT IS ORDERED** as follows:

1.  Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski dated June 17, 2016, is **APPROVED** and **ADOPTED**;

2.  The Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus filed by *pro se* petitioner, Mr. Ronald Best, is **DENIED** and **DISMISSED WITH PREJUDICE**;

3.  The Clerk of Court shall **MARK** this case **CLOSED**.

**IT IS FURTHER ORDERED** that a certificate of appealability will not issue because reasonable jurists would not debate (a) this Court's decision that the petition does not state a valid claim of the denial of a constitutional right, or (b) the propriety of this Court's procedural

ruling with respect to petitioner's claim.  *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

                **BY THE COURT:**

                **/s/ Hon. Jan E. DuBois**

                    **DuBOIS, JAN E., J.**